950 A.2d 264

**Daniel LEWIS, Petitioner**

**v.**

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

Supreme Court of Pennsylvania.

May 20, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of May, 2008, the Petition for Writ of Extraordinary Relief and the Application for An Immediate Hearing on the Pending Petition for Writ of Extraordinary Relief are hereby **DENIED.**